# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CANTRELL JOHNSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 5:21-cv-00811-MHH |
| **LOCKHEED MARTIN CORP.,** | } |
| **Defendant.** | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of this action with prejudice. Costs are taxed as paid.

At the direction of the Court, this case is closed.

**DONE** this 28th day of December, 2021.

SHARON N. HARRIS, CLERK

By: /s/ Yolonda Berry
Deputy Clerk